# United States District Court
# Central District of California

| | |
|---|---|
| RAUL LEOS, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL EXPRESS CORPORATION; DOES 1–25, inclusive,<br><br>　　　　　Defendants, | Case No. 2:14-cv-02864-ODW(AGRx)<br><br>**ORDER TO SHOW CAUSE RE. CLASS CERTIFICATION AND SETTLEMENT** |

　　　The deadline to move for class certification in this action was October 27, 2014, with a hearing scheduled for November 24, 2014. (ECF No. 31.) A motion for class certification has not been filed. The Court was informed a few weeks ago that a settlement has been reached, but a Notice of Settlement was not filed nor has a request for an extension of time to move for class certification.[1] Accordingly, the Court **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than Monday, November 17, 2014**, why the parties have not moved for preliminary approval of a class settlement. No hearing will be held. This Order will be discharged upon the

---

[1] The Court is in no way suggesting that it is amenable to granting an extension of time to seek class certification absent a showing of good cause supported by specific facts.

filing of an appropriate response, which may include a motion seeking preliminary approval of the settlement.

**IT IS SO ORDERED.**

November 3, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**