# United States District Court
# Central District of California

| | |
|---|---|
| RAUL LEOS, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>FEDERAL EXPRESS CORPORATION; DOES 1–25, inclusive,<br><br>        Defendants, | Case No. 2:14-cv-02864-ODW(AGRx)<br><br>**ORDER TO SHOW CAUSE RE. SETTLEMENT** |

In light of the Notice of Settlement (ECF No. 39), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than Monday, December 15, 2014**, why a Motion for Preliminary Approval of Class Action Settlement has not been filed. This Order will be discharged when the motion is filed. All other dates and deadlines in this action are **VACATED** and taken off calendar.

    **IT IS SO ORDERED.**

    November 13, 2014

                                      _____
                                        **OTIS D. WRIGHT, II**
                                     **UNITED STATES DISTRICT JUDGE**